UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

        -v-

                                                                            **S1 11 Cr-0614 (VM)**

Vitaliy Mindyuk et al.,

        Defendants.
-------------------------------------------------------X

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filings will be transmitted in this case.

                                                       Respectfully submitted,

                                                       Frederick H. Cohn
                                                       Attorney for Defendant
                                                       Vitaliy Mindyuk
                                                       111 Broadway, Suite 1805
                                                       New York, NY 10006
                                                       (212) 768 1110 phone
                                                       (212) 338-9088
                                                       Fcohn@frederickhcohn.com

TO: CLERK OF THE COURT
      Southern District of New York
      500 Pearl Street
      New York, NY 10007