## FREDERICK H. COHN

ATTORNEY AT LAW

111 BROADWAY

SUITE 1805

NEW YORK, NY 10006

212-768-1110

FAX 212-338-9088

fcohn@frederickhcohn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/11

December 14, 2011

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Mindyuk, Vitaliy**
**Docket No.: 11 Cr. 614 (VM)**

Dear Judge Marrero:

I represent Vitaliy Mindyuk, the defendant in the above entitled case, and I am requesting that you authorize me to utilize the services of Shana Knizhnik and Irina Stankevitch as paralegals in order to save time and expense in reviewing many documents in this matter.

I am requesting that they be compensated at the rate of $65.00 per hour as they are full time employees and I have the obligation to absorb overhead and benefits for them. These services and billing amount has been approved in every case where I have applied for it.

Respectfully yours,

Frederick H. Cohn

Request GRANTED. Defendant Vitaly Mindyuk through counsel, is authorized to employ the services of the paralegals named above to assist in the preparation of defendant's defense herein.

SO ORDERED:

12-16-11
DATE          VICTOR MARRERO, U.S.D.J.