


FREDERICK H. COHN
ATTORNEY AT LAW
111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com

December 20, 2011

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

       **Re: United States v. Mindyuk, Vitaliy**
       **Docket No.: 11 Cr. 614 (VM)**

Dear Judge Marrero:

  Mr. Mindyuk is presently limited by the terms of his bond to the Southern and Eastern Districts of New York and the District of. Columbia. He is allowed to drive through the intervening states between.

  He is in the business of driving customers to destinations. He is often offered jobs requiring him to go the New Jersey. Consequently we are requesting that the District of New Jersey be added to the places that he may go.

The Government consents.

            Respectfully yours,

            Frederick H. Cohn

cc: Vitaliy Mindyuk
   Michael Ferrara, AUSA

Request GRANTED. The bail conditions of defendant _Vitaliy Mindyuk_ herein are modified to permit travel to _New Jersey_ _as necessary_ for the purposes and on the terms and conditions set forth above, _and upon notification to the Pretrial Services Office._
SO ORDERED:
12-21-11
DATE    VICTOR MARRERO, U.S.D.J.