


FREDERICK H. COHN

ATTORNEY AT LAW

111 BROADWAY

SUITE 1805

NEW YORK, NY 10006

212-768-1110

FAX 212-338-9088

fcohn@frederickhcohn.com

March 15, 2012

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

           **Re: United States v. Mindyuk, Vitaliy**
           **Docket No.: 11 Cr. 614 (VM)**

Dear Judge Marrero:

    I represent Vitaliy Mindyuk in this case and I am requesting to engage the services of Jim Dowd as my investigator in this matter. Mr. Dowd, a former supervising detective in NYPD, has worked with me on a number of cases. His billing rate is $85.00 per hour plus out of pocket expenses. I am applying here for authorization of 45 hours, plus out of pocket expneses with the understanding that if this is not sufficient, I may apply for more.

                                                     Very truly yours,

                                                     Frederick H. Cohn

> Request GRANTED. Defendant Vitaliy Mindyuk is authorized to retain the services of investigator Jim Dowd in this matter for 45 hours at $85. per hour on the terms set for the above.
>
> SO ORDERED:
>
> 3-23-12
> DATE         VICTOR MARRERO, U.S.D.J.