**FREDERICK H. COHN**
ATTORNEY AT LAW
111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com
www.fcohlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/13

Frederick H. Cohn
Carina Patritti, Esq.
Irina Stankevitch, Paralegal

January 2, 2013

**By Facsimile (212) 805-6382**
Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: United States v. Mindyuk, Vitaliy
        Docket No.: 11 Cr. 614 (VM)

Dear Judge Marrero:

    Mr. Mindyuk is presently limited by the terms of his bond to the Southern and Eastern Districts of New York and the District of Columbia. He is allowed to drive through the intervening states between.

    He is in the business of driving customers to destinations. He has been often offered jobs on January 10, 2013 requiring him to go the Boston, Rhode Island. The Government Michael Ferrara consents.

                             Respectfully yours,

                             Frederick H. Cohn

cc: Michael Ferrara, AUSA

Request GRANTED. The bail conditions of defendant _Vitaliy Mindyuk_ herein are modified to permit travel to _Massachusetts and Rhode Island_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

1-2-13
DATE                 VICTOR MARRERO, U.S.D.J.