**FREDERICK H. COHN**
ATTORNEY AT LAW
111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com



January 12, 2013



Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

          **Re: United States v. Mindyuk, Vitaliy**
          **Docket No.: 11 Cr. 614 (VM)**

Dear Judge Marrero:

      In December 2011 you authorized the use of paralegals in this case. A copy of the so ordered letter is attached. One of the paralegals, Shana Kniznik has since left my employment to go to law school and I have replaced her with an attorney associate, Carina Patritti. As we now prepare for a trial in this matter, I would like to utilize her services. The presumptive rate for associate is $85.00 per hour. Because Ms. Patritti is a full time employee for whom I provide benefits and absorb overhead, the Second Circuit Manual contemplates that I may request her to be paid at $110.00 per hour, still substantially less than my hourly rate under the Criminal Justice Act. I request that you authorize me to use her services on this case for up to fifty hours, understanding that f I need more time, I will seek your authorization.

Respectfully yours,

Frederick H. Cohn

*Request GRANTED. Defendant Vitaliy Mindyuk is authorized to employ the services of an attorney associate for the purpose of trial preparation in this case as a replacement for a paralegal, as set forth above for*
**SO ORDERED:** *up to 50 hours at $110/hr*
2-20-13
DATE    VICTOR MARRERO, U.S.D.J.

## FREDERICK H. COHN

ATTORNEY AT LAW
111 BROADWAY
SUITE 1805
NEW YORK, NY 10006

212-768-1110
FAX 212-338-9088
fcohn@fredericklcohn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/11

December 14, 2011

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Mindyuk, Vitaliy**
**Docket No.: 11 Cr. 614 (VM)**

Dear Judge Marrero:

I represent Vitaliy Mindyuk, the defendant in the above entitled case, and I am requesting that you authorize me to utilize the services of Shana Knizhnik and Irina Stankevitch as paralegals in order to save time and expense in reviewing many documents in this matter.

I am requesting that they be compensated at the rate of $65.00 per hour as they are full time employees and I have the obligation to absorb overhead and benefits for them. These services and billing amount has been approved in every case where I have applied for it.

Respectfully yours,

Frederick H. Cohn

Request GRANTED. Defendant Vitaliy Mindyuk through counsel, is authorized to employ the services of the paralegals named above to assist in the preparation of defendant's defense herein.

SO ORDERED:
12-16-11
DATE         VICTOR MARRERO, U.S.D.J.