**FREDERICK H. COHN**
ATTORNEY AT LAW
111 BROADWAY
SUITE 1805
NEW YORK, NY 10006

212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com
www.fcohlaw.com

Frederick H. Cohn
Carina Patritti, Esq.
Irina Stankevitch, Paralegal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/13

March 1, 2013

**By Facsimile (212) 805-6382**
Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                             Re: United States v. Vitaliy Mindyuk
                             Docket No.: 11 Cr. 614 (VM)

Dear Judge Marrero:

     Mr. Mindyuk is presently limited by the terms of his bond to the Southern and Eastern Districts of New York and the District of Columbia. He is allowed to drive through the intervening states between.

     He is in the business of picking up a driving chair from Detroit, Illinois. He will be there from March 6, 2013 through March 7. The Government Michael Ferrara consents.

                                             Respectfully yours,

                                             Frederick H. Cohn

cc: Michael Ferrara, AUSA (by email)

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
3/5/13